UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWIN CADENA, FERNANDO CASANO, RODOLFO RIVERA, LUIS ALBERTO FLORES, and ROMAN AGUIRE, Plaintiffs, v. A-E CONTRACTING, LLC & AKBAR ETEMADFAR, Defendants. | : : : : : : : : : : : | 3:08cv574 (WWE) |

## ORDER ON MOTION TO APPOINT COUNSEL

Plaintiffs are five laborers who brought this action against the defendants Akbar Etemadfar and the company of which he is sole principal and owner, A-E Contracting, LLC. Plaintiffs allege that the defendants failed to pay them wages owed, including regular and overtime wages, in violation of the Fair Labor Standards Act and Connecticut wage laws. A default judgment in the amount of $26,938.53 was entered against the defendants on September 22, 2009.

Consequently, at present, plaintiffs are now focused on collecting on the judgment from defendant A-E Contracting, LLC. A motion for contempt of this Court's prior orders is now pending based on defendant Etemadfar's alleged interference with the collection of rents and harassment of tenants.

Defendant Akbar Etemadfar has moved for appointment of counsel. In accordance with Local Rule 83.10(b), "Pro bono counsel will not be appointed unless the presiding judge first determines that the pro se party's claims or defenses satisfy the test of likely merit and that the pro se party has good faith efforts to obtain counsel."

In this instance, this Court has previously granted a motion for contempt due to defendants' defiance of this Court's orders relevant to the collection of rents.  In light of the late stage of this case and the record of prior contempt found against Etemadfar, the Court finds that the standard of likely merit for appointment of counsel is not satisfied.  The motion for appointment of counsel is DENIED.

Dated this 17th day of August, 2015, at Bridgeport, Connecticut.

    /s/Warren W. Eginton
WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE